# NO. 12-23-00088-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *IN RE:* | § | |
| *EXPRESS DELIVERY ENTERPRISE LLC,* | § | *ORIGINAL PROCEEDING* |
| *RELATOR* | § | |

## *MEMORANDUM OPINION*
## *PER CURIAM*

Express Delivery Enterprise, LLC (Express) filed this original proceeding to challenge Respondent's refusal to dismiss the claims against Express when the parties entered a contractual agreement to litigate any dispute under the contract in an Idaho court.[1]  On July 21, 2023, this Court conditionally granted the petition and directed Respondent to vacate his order denying Express's motion to dismiss and, in its stead, to sign an order granting Express's motion to dismiss.  By an order signed on August 1, Respondent complied with this Court's opinion and order, rendering this proceeding moot. Accordingly, we dismiss the petition for writ of mandamus as ***moot***.

Opinion delivered August 9, 2023.
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*

---

[1] Respondent is the Honorable Vincent Dulweber, Judge of the County Court at Law No. 2 in Gregg County, Texas.  Rogers & Doty Enterprises, LLC d/b/a Redline Transport is the Real Party in Interest.



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**AUGUST 9, 2023**

**NO. 12-23-00088-CV**

**EXPRESS DELIVERY ENTERPRISE LLC,**
Relator
V.

**HON. JUDGE VINCENT DULWEBER,**
Respondent

### ORIGINAL PROCEEDING

ON THIS DAY came to be heard the petition for writ of mandamus filed by Express Delivery Enterprise LLC; who is the relator in appellate cause number 12-23-00088-CV and the defendant in trial court cause number 2022-1438-CCL2, pending on the docket of the County Court at Law No. 2 of Gregg County, Texas. Said petition for writ of mandamus having been filed herein on March 30, 2023, and the same having been duly considered, because it is the opinion of this Court that the writ should not issue, it is therefore CONSIDERED, ADJUDGED and ORDERED that the said petition for writ of mandamus be, and the same is, hereby **dismissed as moot**.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J. and Neeley, J.*